IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JOHNNY FRED MILLER, JR. and                                                                PLAINTIFFS
PATSY MILLER and CHRISTOPHER
KRISELL and REBECCA KRISELL

v.                                  Case No. 4:13-cv-00131-JLH

CHESAPEAKE OPERATING, INC. and
BHP BILLITON PETROLEUM (FAYETTVILLE)
LLC                                                                                                              DEFENDANTS

## ORDER

Before the Court is Plaintiffs' Motion for Voluntary Dismissal of Emotional Distress Claims. The motion represents Defendants do not oppose the motion. Upon consideration, the Court finds the motion should be and hereby is granted. Plaintiffs' emotional distress claims are hereby dismissed without prejudice.

IT IS SO ORDERED this 6th day of March, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE