FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAR 20 2014

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JOHNNY FRED MILLER, JR. and
PATSY MILLER and CHRISTOPHER
KRISELL and REBECCA KRISELL                                    PLAINTIFFS

v.                         Case No. 4:13-cv-00131-JLH

CHESAPEAKE OPERATING, INC. and
BHP BILLITON PETROLEUM (FAYETTVILLE)
LLC                                                            DEFENDANTS

## ORDER

Before the Court is Plaintiffs' Motion for Voluntary Dismissal. The motion represents Defendants do not oppose the motion. Upon consideration, the Court finds the motion should be and hereby is granted. Plaintiffs' claims are hereby dismissed with prejudice.

IT IS SO ORDERED, this 20th day of March, 2014.

_____
Hon. J. Leon Holmes
U.S. District Court